UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                  )
                                        )
MICHELE R. SHAUVER                      )        CASE NO. 10-15042
SS# xxx-xx-5534                         )        CHAPTER 13
                                        )
DEBTOR(S)                               )

## CHAPTER 13 PLAN

     1. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtor shall pay to the Trustee the sum of $600.00 monthly for 60 months. In addition, the debtor will retain the first $1,800.00 of combined State and Federal income tax refunds with any balance to be paid to the Trustee for the benefit of creditors.

     2. From the payments so received, the Trustee shall make disbursements as follows:

     (a) The Trustee will pay debtor's attorney $3,500.00 as an administrative expense. Any fees and expenses in excess of the above amount will be itemized for Court approval after notice to all creditors as an administrative expense.

     (b) All claims entitled to priority under 11 U.S.C. Section 507 will be paid in full.

     (c) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

     NBT Bank, the holder of a security interest in a 2006 Chevrolet Cobalt vehicle of the debtor, will be paid in full approximately $1,000.00 directly by the debtor.

     HSBC, the holder of a security interest in a 2008 Kawasaki motorcycle of the debtor, will be surrendered their collateral and upon sale of said collateral, will be required to file a deficiency claim in order to participate in distributions by the Trustee.

     (a) subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

     All allowed unsecured creditors will be paid on a pro rata basis.

3.  The following executory contracts of the debtors are accepted:

    N/A

Dated: 12-1-10

_____
Fred Wehrwein, Attorney for Debtor
1910 St. Joe Center Road #52
Fort Wayne, IN  46825
260-480-5700